Honorable Jamal N Whitehead

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MALYNA TIEV and JAMES NORRIS, individually and as wife and husband, and the marital community composed thereof,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>THE STANDARD FIRE INSURANCE COMPANY, a stock company/corporation with its headquarters in Hartford, CT, but licensed to do, and doing business in the State of Washington, and a subsidiary of TRAVELERS INDEMNITY COMPANY, a stock company/corporation also headquartered in Hartford, CT, but wholly owned by TRAVELERS GROUP HOLDINGS, INC, itself a wholly owned and subsidiary of TRAVELERS PROPERTY CASUALTY CORPORATION, a corporation/holding company/subsidiary operating under the umbrella of THE TRAVELERS COMPANY, INC, a stock corporation headquartered in Hartford, CT, and the umbrella/holding company for the Travelers group of companies above-named,<br><br>　　　　　　　　　Defendants. | No. 2:23-cv-950<br><br>**ORDER GRANTING STIPULATION TO CORRECT THE CASE CAPTION; IDENTIFY TRUE NAME OF PARTIES** |

ORDER GRANTING STIPULATION
TO CORRECT THE CASE CAPTION; IDENTIFY
TRUE NAME OF PARTIES – 1

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

The Parties having so stipulated and good cause appearing, IT IS HEREBY ORDERED that the docket be corrected to reflect that the true name of Defendant THE STANDARD FIRE INSURANCE COMPANY, a stock company/corporation with its headquarters in Hartford, CT, but licensed to do, and doing business in the State of Washington, and a subsidiary of TRAVELERS INDEMNITY COMPANY, a stock company/corporation also headquartered in Hartford, CT, but wholly owned by TRAVELERS GROUP HOLDINGS, INC, itself a wholly owned and subsidiary of TRAVELERS PROPERTY CASUALTY CORPORATION, a corporation/holding company/subsidiary operating under the umbrella of THE TRAVELERS COMPANY, INC, a stock corporation headquartered in Hartford, CT, and the umbrella/holding company for the Travelers group of companies above-named, shall be corrected as THE STANDARD FIRE INSURANCE COMPANY. The Court DIRECTS the Clerk of the Court to correct the docket to reflect Defendant's true name.

IT IS SO ORDERED.

July 20th, 2023

_____
Jamal N. Whitehead
United States District Judge

ORDER GRANTING STIPULATION
TO CORRECT THE CASE CAPTION; IDENTIFY
TRUE NAME OF PARTIES – 2

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1 | Presented by:

2 | /s/ Eric J. Neal
Eric J. Neal, WSBA #31863
3 | /s/ Ellen McGraw
Ellen McGraw, WSBA #60240
4 | 1848 Westlake Ave N., Suite 100
Seattle, WA 98109
5 | P: 206-467-5444 / F: 206-467-5544
eneal@letherlaw.com
6 | emcgraw@letherlaw.com
*Counsel for The Standard Fire Insurance Company*

7 |

8 |
/s/ Bradford J. Fulton
9 | Bradford J. Fulton, WSBA # 18036
Quick | Law Group, PLLC
10 | 1621 114th Ave SE, Suite 228
Bellevue, WA 98004
11 | (425) 576-8150
*Counsel for Plaintiffs*

12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |

ORDER GRANTING STIPULATION
TO CORRECT THE CASE CAPTION; IDENTIFY
TRUE NAME OF PARTIES – 3

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the following party(ies):

Bradford J. Fulton
Quick | Law Group, PLLC
1621 114th Ave SE, Suite 228
Bellevue, WA 98004
(425) 576-8150
*Counsel for Plaintiffs*

**By:**     [ ] First Class Mail          [X] Email/ECF          [ ] Legal Messenger

DATED this 19th day of July 2023 at Seattle, Washington.

*s/ Jessica Bowman*
Jessica Bowman | Paralegal

ORDER GRANTING STIPULATION
TO CORRECT THE CASE CAPTION; IDENTIFY
TRUE NAME OF PARTIES – 4

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544