UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MALYNA TIEV and JAMES NORRIS,<br><br>Plaintiffs,<br><br>v.<br><br>THE STANDARD FIRE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:23-cv-950<br><br>MINUTE ORDER EXTENDING THE EXPERT DISCOVERY DEADLINE |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On October 31, 2023, Defendant The Standard Fire Insurance Company ("Standard Fire") moved to continue the expert disclosure deadline by 60 days under LCR 16(b)(6) to allow more time for Dr. Patrick N. Bays to prepare an expert report. Dkt. No. 15. Plaintiffs do not oppose an extension. Dkt. No. 16.

The Court may modify a scheduling order if a party demonstrates "good cause." Fed. R. Civ. P. 16(b)(4). The good cause standard focuses mainly on "the diligence of the party seeking the" modification. *Johnson v. Mammoth Recs., Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

MINUTE ORDER EXTENDING THE EXPERT DISCOVERY DEADLINE - 1

The Court finds that good cause exists for Standard Fire's request. This extension is necessary due to the parties ongoing negotiations about the scope and timing of Standard Fire's independent medical examination of Plaintiff Malyna.

The Court GRANTS Defendant's motion. Dkt. No. 15. Defendant has until December 30, 2023, to produce Dr. Patrick N. Bays's Rule 26 expert report. Plaintiff's rebuttal expert report, if any, is due 30 days later.

Dated this 22nd day of November 2023.

<u>Ravi Subramanian</u>
Clerk
<u>/s/ Kathleen Albert</u>
Deputy Clerk