Hon. Jamal N. Whitehead

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MALYNA TIEV and JAMES NORRIS, individually and as wife and husband, and the marital community composed thereof,

Plaintiffs,

v.

THE STANDARD FIRE INSURANCE COMPANY,

Defendant.

NO. 2:23-cv-00950 JNW

**AGREED PRETRIAL ORDER**

**JURISDICTION**

Jurisdiction is vested in this court by virtue of: Diversity of Citizenship pursuant to 28 U.S.C. § 1332 in that the amount in controversy exceeds $75,000; Plaintiffs Malyna Tiev and James Norris are citizens of the State of Washington and Defendant The Standard Fire Insurance Company (Standard Fire) is a Connecticut corporation with its principal place of business in Hartford, Connecticut.

This matter was originally filed in the Superior Court of the State of Washington for King County under Cause No. 23-2-10426-9 on June 20, 2023, and then was timely removed by the Defendant to Federal Court on June 26, 2023.

///

///

QUICK | LAW GROUP, PLLC
1621 114th Avenue SE, Suite 228
Bellevue, WA 98004
(425) 576-8150 • FAX (206) 694-2587

**CLAIMS AND DEFENSES**

The Plaintiffs will pursue at trial the following claims: (1) Consumer Protection Act violations, (2) Insurance Bad Faith, (3) Negligence, (4) Insurance Fair Conduct Act violations, and (5) Breach of Contract.

The defendant will pursue the following affirmative defenses and/or claims:

Standard Fire denies that it is liable to Plaintiff under any of the foregoing causes of action. Standard Fire will pursue the following affirmative defenses and/or claims:

1. Plaintiffs were fully compensated by the liability limits of the tortfeasor Rachel Wehr and therefore is not entitled to Underinsured Motorist (UIM) Benefits.
2. To the extent that Plaintiffs suffered damages, Plaintiffs have failed to mitigate those damages.
3. As to some or all of Plaintiffs' claims, Plaintiffs' Complaint fails to state a claim against Standard Fire for which relief may be granted.
4. To the extent that Plaintiffs have suffered damages, any such damages may have been caused, in whole or in part, by Plaintiffs' own acts or omissions.
5. To the extent that Plaintiffs have suffered damages, any such damages may have been caused, in whole or in part, by the acts or omissions of third parties over whom Standard Fire has no control.

**PLAINTIFFS' ADMITTED FACTS**

The following facts are admitted by Plaintiffs:

1. A motor vehicle collision occurred on February 10, 2018 on Broadway, near 75th Street, in Everett, Snohomish County, Washington involving Plaintiffs, the driver following them, Racheal Wehr, and a third vehicle into which the Plaintiffs' vehicle was pushed after being impacted from the rear by Ms. Wehr's vehicle.
2. A witness driving immediately behind the Wehr vehicle indicates that Racheal Wehr never braked prior to impacting the rear of the Tiev vehicle, and impacted her at approximately 30 mph.

///

QUICK | LAW GROUP, PLLC
1621 114th Avenue SE, Suite 228
Bellevue, WA 98004
(425) 576-8150 • FAX (206) 694-2587

3.     Rachael Wehr was fully responsible for the occurrence of the February 10, 2018 motor vehicle collision (something noted in The Standard's claims file by the UIM adjustor on February 20, 2023).

4.     Plaintiff Malyna Tiev was 0% comparatively at fault for the occurrence of the February 10, 2018 collision.

5.     Racheal Wehr was insured via Allstate Insurance Company and had $100,000 per person limits in place as of February 10, 2018 (also something confirmed by The Standard and noted in the UIM claims file).

6.     Malyna Tiev filed suit against Racheal Wehr and her husband when the third-party claim could not be resolved.

7.     The Standard was Plaintiffs' auto insurance carrier at the time of the February 2018 traffic collision.

8.     The Plaintiffs had: (a) $10,000 in Personal Injury Protection (PIP) coverage on her auto policy via The Standard, and (b) $100,000 per person/$300,000 per accident UIM limits on her policy, as well, as of February 10, 2018.

9.     The Standard ultimately paid its full $10,000 PIP policy limits in covering a portion of the Plaintiff's medical bills resulting from the February 10, 2018 motor vehicle collision.

10.    Trial of the third-party claim against Defendant Wehr was set for February 27, 2023 in Snohomish County Superior Court.

11.    On January 17, 2023, Allstate agreed to tender its full $100,000 third-party policy limits to Plaintiff to resolve her claim against Ms. Wehr.

12.    The Standard, consistent with *Hamiton v. Farmers Insurance Co.,* 107 Wn.2d 721 (1987), was formally placed on notice of the proposed third-party policy limits settlement with Racheal Wehr/Allstate on January 23, 2023, given the opportunity to "buy out" the underlying 3rd Party claim, asked to waive PIP reimbursement if they chose not to "buy out" the third-party claim and provided a detailed PowerPoint

QUICK | LAW GROUP, PLLC
1621 114th Avenue SE, Suite 228
Bellevue, WA  98004
(425) 576-8150 • FAX (206) 694-2587

presentation detailing the circumstances surrounding the underlying February 10, 2018 collision and Ms. Tiev's and Mr. Norris's claims.

13. After being placed on notice of the proposed policy limits $100,000 third-party settlement, Reid Mitsuyoshi was named by The Standard as the UIM adjustor for the Tiev-Norris claim.

14. On January 24, 2023, UIM adjustor Reid Mitsuyoshi authorized settlement with the third-party defendant(s) and formally agreed to waive all PIP subrogation/reimbursement.

15. On January 25, 2023, a UIM policy limits settlement demand with numerous exhibits, again including the detailed PowerPoint summarizing the claim, was sent to Reid Mitsuyoshi at The Standard via email link.

16. On January 26, 2023, adjustor Reid Mitsuyoshi asked an in-house, Travelers employed licensed nurse practitioner (LPN), Tanya Blachowicz, to review Ms. Tiev's medical records and bills, and posed 4 questions for her to respond to regarding the same, noting the same in the Tiev claims file.

17. On January 27, 2023, LPN Blachowicz accepted the review assignment per the Tiev claims file.

18. On January 30, 2023, adjustor Reid Mitsuyoshi requested records from Warrior Massage which had inadvertently not been provided with the January 25, 2023 UIM settlement demand despite being referenced in the same.

19. On January 31, 2023, the requested Warrior Massage records were sent to adjustor Reid Mitsuyoshi via email link.

20. Also, on the morning of January 31, 2023, LPN Blachowicz finished her review of the Tiev matter, noting in the claims file that she spent 3 hours reviewing the same, and prepared and placed her Review Report into the claims file.

21. By February 20, 2023, UIM adjustor Reid Mitsuyoshi entered into The Standard claims file his evaluation of the total value of Ms. Tiev's and Mr. Norris's claims, valuing the Tiev claim at between $36,445 and $46,445 gross, but including the $3,334

QUICK | LAW GROUP, PLLC
1621 114th Avenue SE, Suite 228
Bellevue, WA  98004
(425) 576-8150 • FAX (206) 694-2587

in estimated *Winters* fees owed on the PIP in his evaluation, along with $13,111 in accepted medical bills and $20,000-$30,000 in general damages to arrive at said number.

22. Adjustor Mitsuyoshi's evaluation of the claim, excluding the *Winters* fees owed as a matter of law by The Standard, was thus 33.11% to 43.11% of the Allstate $100,000 third-party policy limits settlement offer.

23. No value was placed on husband James Norris's independent loss of consortium claim per UIM adjustor Reid Mitsuyoshi's claims file notations.

24. On February 21, 2023, UIM adjustor Reid Mitsuyoshi communicated to counsel for the claimants that in his opinion the claimants had been fully compensated by the Allstate policy limits and tendered no monetary offer on claimant's UIM claim.

25. On March 1, 2023, via email, adjustor Reid Mitsuyoshi informed counsel for the claimants that The Standard would not agree to arbitrate the claimant's UIM claim and provided the requested certified copy of the Tiev-Norris policy to counsel.

26. Also on March 1, 2023, in this same email, adjustor Mitsuyoshi offered to engage in pre-filing mediation, but asked that their insureds share the cost of paying the mediator.

27. In response, on March 2, 2023, counsel for the claimants informed adjustor Mitsuyoshi, also via email, that consistent with *Kenworthy v. Pennsylvania General Insurance Co*., 113 Wn.2d 309 (1989) (insurer must pay UIM arbitration fees so as to not reduce insured's coverage) their insureds would engage in pre-filing mediation only if The Standard paid 100% of the cost of the mediation, and also invited payment under *Geico v. Beasley* of all uncontested amounts on the UIM claim given Mr. Mitsuyoshi's claim that he had not made a "zero offer."

28. On March 6, 2023, adjustor Mitsuyoshi agreed that The Standard would pay the full cost of the mediation and was referring the matter out to defense counsel.

**QUICK | LAW GROUP, PLLC**
1621 114th Avenue SE, Suite 228
Bellevue, WA 98004
(425) 576-8150 • FAX (206) 694-2587

29. On May 1, 2023, a half-day mediation was held with mediator Brad Davis, with The Standard being represented by then-counsel Gordon Klug and the claimants by the undersigned.

30. No monetary UIM offer was ever made to either claimant by The Standard or its representatives at this mediation.

31. On June 20, 2023, suit was filed against The Standard by claimants in King County Superior Court.

32. On June 26, 2023, counsel for The Standard filed a Notice of Removal, and this matter was removed to Federal Court.

33. No offer of settlement was ever made to the claimants until June 12, 2024 when present counsel for The Standard tendered an offer.

**DEFENDANT'S ADMITTED FACTS**

The following facts are admitted by Standard Fire:

34. A motor vehicle collision occurred on February 10, 2018 in Everett, Washington involving Plaintiffs, Racheal Wehr, and a third vehicle.

35. Rachael Wehr was fully responsible for the occurrence of the February 10, 2018 motor vehicle collision.

36. Plaintiff Malyna Tiev was 0% comparatively at fault for the occurrence of the February 10, 2018 collision.

37. Racheal Wehr was insured via Allstate Insurance Company and had $100,000 per person limits in place as of February 10, 2018.

38. Standard Fire was Plaintiffs' auto insurance carrier at the time of the February 2018 traffic collision.

39. The Plaintiffs had: (a) $10,000 in Personal Injury Protection (PIP) coverage on her auto policy via Standard Fire, and (b) $100,000 per person/$300,000 per accident UIM limits on her policy, as well, as of February 10, 2018.

40. Standard Fire paid its full $10,000 PIP policy limits.

QUICK | LAW GROUP, PLLC
1621 114th Avenue SE, Suite 228
Bellevue, WA 98004
(425) 576-8150 • FAX (206) 694-2587

41.   On January 17, 2023, Allstate agreed to tender its full $100,000 third-party policy limits to Plaintiff to resolve her claim against Ms. Wehr.

42.   Standard Fire was formally placed on notice of the proposed third-party policy limits settlement with Racheal Wehr/Allstate on January 23, 2023 and provided a PowerPoint presentation.

43.   On January 24, 2023, UIM adjustor Reid Mitsuyoshi authorized settlement with the third-party defendant(s) and formally agreed to waive all PIP subrogation/reimbursement.

44.   On January 25, 2023, a UIM policy limits settlement demand was sent to Reid Mitsuyoshi at Standard Fire.

45.   On January 26, 2023, adjustor Reid Mitsuyoshi asked a licensed nurse practitioner (LPN), Tanya Blachowicz, to review Ms. Tiev's medical records and bills.

46.   On January 30, 2023, adjustor Reid Mitsuyoshi requested records from Warrior Massage which had not been provided with the January 25, 2023 UIM settlement demand despite being referenced in the same.

47.   By February 20, 2023, UIM adjustor Reid Mitsuyoshi valued the Tiev claim at between $36,445 and $46,445.

48.   On February 21, 2023, UIM adjustor Reid Mitsuyoshi communicated to counsel for the claimants that the claimants had been fully compensated by the Allstate policy limits.

49.   On March 1, 2023, via email, adjustor Reid Mitsuyoshi informed counsel for the claimants that Standard Fire would not agree to arbitrate the claimant's UIM claim and provided the requested certified copy of the Tiev-Norris policy to counsel.

50.   Also on March 1, 2023, in this same email, adjustor Mitsuyoshi offered to engage in pre-filing mediation.

51.   In response, on March 2, 2023, counsel for the claimants informed adjustor Mitsuyoshi their insureds would engage in pre-filing mediation only if Standard Fire paid 100% of the cost of the mediation.

QUICK | LAW GROUP, PLLC
1621 114th Avenue SE, Suite 228
Bellevue, WA  98004
(425) 576-8150 • FAX (206) 694-2587

52. On March 6, 2023, adjustor Mitsuyoshi agreed that Standard Fire would pay the full cost of the mediation and was referring the matter out to defense counsel.

53. On May 1, 2023, a half-day mediation was held with mediator Brad Davis.

54. On June 20, 2023, suit was filed against Standard Fire by claimants in King County Superior Court.

55. On June 26, 2023, counsel for Standard Fire filed a Notice of Removal, and this matter was removed to Federal Court.

**ISSUES OF LAW**

The following are the issues of law to be determined by the court:

1. There is a pending motion for summary judgment filed by The Standard (Doc. No. 21) seeking dismissal of Plaintiffs' causes of action for bad faith, negligence, violation of the Consumer Protection Act, and violation of the Insurance Fair Conduct Act.

**EXPERT WITNESSES**

(a) Each party has retained one (1) medical litigation expert witness and one (1) bad faith/insurance expert witness. No experts not properly identified should be allowed to testify. The names and addresses of the expert witness(es) to be used by each party at the trial and the issue upon each will testify is:

On Behalf of Plaintiffs:

(b) Non-Litigation Witnesses with Expert Credentials: Plaintiff's treating doctors, Benjamin Lacy, M.D. and Yung Lee, M.D., may be called to testify regarding their care and treatment of Plaintiff Malyna Tiev, and can be expected to express any opinions formulated by them during the course of their treatment of the Plaintiff, or in the case of Dr. Lacy, included within his sworn Declaration previously executed by him, including the permanency of the Plaintiff's injuries and symptoms. They are, however, treating physicians of Plaintiff Tiev, not litigation experts, but may still be expected to express any opinions contained in their records, Reports, Declarations or formulated by them during the course of their care and treatment of the Plaintiff. Depositions of Dr. Lee and Dr. Lacy were not requested.

///

QUICK | LAW GROUP, PLLC
1621 114th Avenue SE, Suite 228
Bellevue, WA 98004
(425) 576-8150 • FAX (206) 694-2587

(c) The names and address of the litigation-retained expert witness(es) to be used by each party at the trial and the issue upon which each will testify is:

1. David E. Spanier, MD
   4035 120th Avenue SE
   Bellevue, WA 98006

Dr. Spanier is board certified in physical medicine and rehabilitation, as well as in pain medicine. Dr. Spanier will offer expert opinion medical testimony regarding all matters contained in his deposition previously taken herein, as well as in his report dated January 3, 2023, and his addendums to the same dated January 16, 2023, January 19, 2023, and July 23, 2024.

These opinions will include, but are not necessarily limited to the following topics: opinions and conclusions about the nature and extent of the Plaintiff's crash-related injuries, the reasonableness, necessity and crash-relatedness of the Plaintiff's claimed past treatment and medical bills (to the extent necessary), any opinions he may have regarding the Plaintiff's pre-crash medical history and alleged pre-existing conditions (or the absence or non-symptomatic nature thereof), any opinions he may have regarding the appropriateness and crash- relatedness of Plaintiff's post-crash treatment, the permanency of the Plaintiff's injuries and her future treatment needs, and the costs thereof.

He can also be expected to comment upon the defense medical examination report(s) of defendant's hired physician, upon the comments from Tanya Blachowicz, the in-house LPN who reviewed the Plaintiff's claim for The Standard, the nature and estimated costs of Plaintiff's future care and care needs (if any), and will further employ one or more of the anatomical illustrations/ drawings/medical aids/items to illustrate the specific nature, location and extent of the Plaintiff's incident-related injuries and treatment, including her past injections, and will otherwise explain the Plaintiff's injuries via use of the same.

Dr. Spanier will, in addition to those items referred to/listed in his report (if issued), also review the Plaintiff's relevant medical records, any reports/Declarations from other treating or expert health care providers, reports from defense experts, the Plaintiff's diagnostic films and/or billings, her interrogatory responses, her deposition, the depositions of other relevant health care providers or persons and may rely upon the same as a basis for his testimony and/or in testifying at the time of

**QUICK | LAW GROUP, PLLC**
1621 114th Avenue SE, Suite 228
Bellevue, WA 98004
(425) 576-8150 • FAX (206) 694-2587

trial. He will also testify about his conversation with Dr. Lee, the Plaintiff's current treating physician at Evergreen Health, as well.

2. Rob Dietz
PMB 390
3405 172nd St. NE, #5
Arlington, WA 98223

Mr. Dietz is an expert with respect to claims handling and claims practices.

Mr. Dietz will offer expert testimony regarding all matters contained in his report dated March 18, 2024, including his opinions and conclusions about the bad faith actions of Standard Fire in the handling and adjustment of the Tiev-Norris claim, as well as to all matters addressed or touched upon by him in his deposition taken herein.

He can also be expected to comment upon the report and opinions of Jerry Hartmann, defendant's hired claims specialist (if any) and will further base his opinions upon the depositions taken herein of the parties and their representatives, including the Plaintiffs, adjustor Reid Mitsuyoshi and in-house LPN Tanya Blachowicz, as well as reports issued by Mr. Hartmann in other cases for defense counsel and/or Standard Fire/Travelers in the past.

3. Dr. Benjamin Lacy
Pacific Medical Centers
19401 40th Avenue W
Suite 230
Lynnwood, WA 98036

*See,* subsection (b) above.

4. Dr. Yung Lee
EvergreenHealth
Evergreen Rehabilitation Services
12039 NE 128th St Ste 500, Kirkland, WA, 98034

*See,* subsection (b) above, and the July 23, 2024, report of Dr. Spanier detailing his conversation with Dr. Lee about Ms. Tiev.

On behalf of Defendant

1. Dr. Patrick N. Bays
c/o Lether Law Group
1848 Westlake Ave, Suite 100

QUICK | LAW GROUP, PLLC
1621 114th Avenue SE, Suite 228
Bellevue, WA 98004
(425) 576-8150 • FAX (206) 694-2587

Seattle, WA 98109
(206) 467-5444

Dr. Patrick N. Bays is a board-certified orthopedic surgeon who performed Plaintiff Malyna Tiev's Independent Medical Evaluation. Dr. Patrick N. Bays will be called to testify as to the examination, his report, the nature and extent of Plaintiff's injuries, as well as her damages.

2. Gerald Hartmann
c/o Lether Law Group
1848 Westlake Ave. N., Ste. 100
Seattle, WA 98109
(206) 467-5444

Mr. Hartmann is Standard Fire's claims handling expert. Mr. Hartmann will be called to testify to his opinions that SF's conduct was consistent with industry custom and standard for the handling of UIM insurance claims.

**OTHER WITNESSES**

The names and addresses of witnesses, other than experts, to be used by each party at the time of trial and the general nature of the testimony of each are:

(a) On behalf of Plaintiffs:

| Witness | Address | Testimony | Will Testify/ Possible | By Depo |
|---|---|---|---|---|
| Malyna Tiev | c/o Quick \|Law Group<br>1621 114th Ave SE<br>Suite 228<br>Bellevue, WA 98004 | Regarding the allegations made in the Complaint in this matter, including damages. | Will Testify | |
| James Norris | c/o Quick \|Law Group<br>1621 114th Ave SE<br>Suite 228<br>Bellevue, WA 98004 | Regarding the allegations made in the Complaint in this matter, including damages. | Will Testify | |
| Reid Mitsuyoshi | c/o Lether Law Group<br>1848 Westlake Ave N<br>Suite 100<br>Seattle, WA 98109 | Regarding UIM claims handling | | By Depo |

QUICK | LAW GROUP, PLLC
1621 114th Avenue SE, Suite 228
Bellevue, WA 98004
(425) 576-8150 • FAX (206) 694-2587

| Witness | Address | Testimony | Will Testify/ Possible | By Depo |
|---|---|---|---|---|
| Tanya Blachowicz, LPN | c/o Lether Law Group 1848 Westlake Ave N Suite 100 Seattle, WA 98109 | Regarding Defendant's medical opinion | | By Depo |
| Dr. Yung Lee | EvergreenHealth Evergreen Rehabilitation Services 12039 NE 128th St Ste 500, Kirkland, WA, 98034 | Regarding Malyna Tiev's injuries from the February 10, 2018 traffic collision | Possible | |
| Dr. Benjamin Lacy | Pacific Medical Centers 19401 40th Avenue W Suite 230 Lynnwood, WA 98036 | Regarding Malyna Tiev's injuries from the February 10, 2018 traffic collision | Possible | |
| Tracy Jacoby | 2024 Columbia Ave. Everett, WA 98203 (last known address) | Regarding the February 10, 2018 traffic collision and all matters discussed in her sworn Declaration dated 1/30/23. | Possible | |
| Racheal Wehr | 2409 74th Street S.E. Everett, WA 98203 (last known address) | Regarding the February 10, 2018 traffic collision and all matters testified to her in her deposition taken in the underlying 3rd party action. | Possible | |

(b) On Behalf of Defendant:

| Witness | Address | Testimony | Will Testify/ Possible | By Depo |
|---|---|---|---|---|
| Reid Mitsuyoshi | c/o Lether Law Group 1848 Westlake Ave N Suite 100 Seattle, WA 98109 | Regarding Standard Fire's claims handling and evaluation of Plaintiffs claim, and Standard Fire's affirmative defenses. | Will Testify | |

///

QUICK | LAW GROUP, PLLC
1621 114th Avenue SE, Suite 228
Bellevue, WA 98004
(425) 576-8150 • FAX (206) 694-2587

**EXHIBITS**

**(a) Plaintiffs' Exhibits**

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| 1 | Police Report | Agreed | Disputed | FRE 802 | |
| 2 | Dec – Tracy Jacoby | Agreed | Disputed | FRE 802 | |
| 3 | Wehr car photo 1 (front of vehicle) | Agreed | Agreed | | |
| 4 | Wehr car photo 2 (front of vehicle) | Agreed | Agreed | | |
| 5 | Wehr car photo 3 (rear of vehicle) | Agreed | Agreed | | |
| 6 | Tiev vehicle photo – rear end | Agreed | Agreed | | |
| 7 | Third involved vehicle photo – rear end | Agreed | Agreed | | |
| 8 | Wehr vehicle Prop damage repair cost | Agreed | Disputed | FRE 802<br>FRE 702 | |
| 9 | Tiev vehicle prop damage repair cost | Agreed | Disputed | FRE 802<br>FRE 702 | |
| 10 | Scene with debris photo | Agreed | Agreed | | |
| 11 | UIM claim PowerPoint | Agreed | Disputed | FRE 802<br>FRE 602<br>FRE 704<br>MIL<br>FRE 805 | |
| 12 | Chart Note 2/14/18 (Burdine) | Agreed | Disputed | FRE 802<br>FRE 702 | |
| 13 | Chart Note 2/28/18 (Phone Encounter) | Agreed | Disputed | FRE 802<br>FRE 702 | |
| 14 | Chart Note 2/28/18 (Burdine) | Agreed | Disputed | FRE 802<br>FRE 702 | |

QUICK | LAW GROUP, PLLC
1621 114th Avenue SE, Suite 228
Bellevue, WA 98004
(425) 576-8150 • FAX (206) 694-2587

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| 15 | Chart Note 4/3/18 (Phone Encounter) | Agreed | Disputed | FRE 802<br>FRE 702 | |
| 16 | Chart Note 4/12/18 (Burdine) | Agreed | Disputed | FRE 802<br>FRE 702 | |
| 17 | Chart Note 5/24/18 (Burdine) | Agreed | Disputed | FRE 802<br>FRE 702 | |
| 18 | Chart Note 6/19/18 (Lacey) | Agreed | Disputed | FRE 802<br>FRE 702 | |
| 19 | Chart Note 7/20/18 (Lacey) | Agreed | Disputed | FRE 802<br>FRE 702 | |
| 20 | Chart Note 12/10/19 (Lacey) | Agreed | Disputed | FRE 802<br>FRE 702 | |
| 21 | Chart Note 8/23/22 | Agreed | Disputed | FRE 802<br>FRE 702 | |
| 22 | Declaration Benjamin Lacey, MC | Agreed | Disputed | FRE 802<br>FRE 804 | |
| 23 | Spanier Initial Report 1/3/23 | Agreed | Disputed | FRE 802<br>FRE 804 | |
| 24 | Spanier Report Addendum 1/16/23 | Agreed | Disputed | FRE 802<br>FRE 804 | |
| 25 | Spanier Report Addendum 1/19/23 | Agreed | Disputed | FRE 802<br>FRE 804 | |
| 26 | Spanier Report Addendum 7/23/24 | Agreed | Disputed | FRE 802<br>FRE 804 | |
| 27 | Report of Ron Dietz dated 3/18/24 | Agreed | Disputed | FRE 802<br>FRE 804 | |
| 28 | Chart Note – Dr. Lee 4/2/24 | Agreed | Disputed | FRE 802<br>FRE 804 | |
| 29 | Chart Note – Dr. Lee 5/9/23 | Agreed | Disputed | FRE 802<br>FRE 702 | |

QUICK | LAW GROUP, PLLC
1621 114th Avenue SE, Suite 228
Bellevue, WA 98004
(425) 576-8150 • FAX (206) 694-2587

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| 30 | Chart Note – Dr. Lee 6/13/23 | Agreed | Disputed | FRE 802<br>FRE 702 | |
| 31 | Records – EvergreenHealth – Lee records (5.9.23 – 5.18.23) | Agreed | Disputed | FRE 802<br>FRE 702 | |
| 32 | Bills – Pacific Medical Centers | Agreed | Disputed | FRE 802<br>FRE 702 | |
| 33 | Bills – Vida Integrated Health – Chiropractic | Agreed | Disputed | FRE 802<br>FRE 403 | |
| 34 | Bills – Vida Integrated Health - Massage | Agreed | Disputed | FRE 802<br>FRE 403 | |
| 35 | Bills – Vida Integrated Health – Physical Therapy | Agreed | Disputed | FRE 802<br>FRE 403 | |
| 36 | Bills – Daisy Herb Acupuncture | Agreed | Disputed | FRE 802<br>FRE 403 | |
| 37 | Bills – Warrior Massage | Agreed | Disputed | FRE 802<br>FRE 403 | |
| 38 | Bills – EvergreenHealth – 4/2/23 | Agreed | Disputed | FRE 802<br>FRE 403 | |
| 39 | Bills – EvergreenHealth – 5/9/23 | Agreed | Disputed | FRE 802<br>FRE 403 | |
| 40 | Bills – EvergreenHealth 6/13/23 | Agreed | Disputed | FRE 802<br>FRE 403 | |
| 41 | Order Granting Plaintiff's MSJ on Bills (6/24/22) | Agreed | Disputed | FRE 802<br>FRE 403 | |

QUICK | LAW GROUP, PLLC
1621 114th Avenue SE, Suite 228
Bellevue, WA 98004
(425) 576-8150 • FAX (206) 694-2587

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| 42 | High-Density Round Foam Roller receipt | Agreed | Disputed | FRE 802<br>FRE 403 | |
| 43 | Massage gun and neck massager receipt | Agreed | Disputed | FRE 802<br>FRE 403<br>FRE 402 | |
| 44 | Ergonomic office chair receipt | Agreed | Disputed | FRE 802<br>FRE 403<br>FRE 402 | |
| 45 | Thera Cane massager receipt | Agreed | Disputed | FRE 802<br>FRE 403<br>FRE 402 | |
| 46 | Adjustable computer stand receipt | Agreed | Disputed | FRE 802<br>FRE 403<br>FRE 402 | |
| 47 | Back and neck massager pillow receipt | Agreed | Disputed | FRE 802<br>FRE 403<br>FRE 402 | |
| 48 | Photo Ergo desk 1 | Agreed | Disputed | FRE 802<br>FRE 403<br>FRE 402 | |
| 49 | Photo Ergo desk 3 | Agreed | Disputed | FRE 403 | |
| 50 | Photo Ergo Keyboard | Agreed | Disputed | FRE 403 | |
| 51 | Photo at work; back support visible | Agreed | Disputed | FRE 403 | |
| 52 | Photo at work; support on mid-upper back | Agreed | Disputed | FRE 403 | |
| 53 | Illustrative – Trigger Point Injections 1 | Agreed | Disputed | FRE 403 | |
| 54 | Illustrative – Trigger Point Injections 2 | Agreed | Disputed | FRE 403 | |
| 55 | Illustrative – Trigger Point Injections 3 | Agreed | Disputed | FRE 403 | |

QUICK | LAW GROUP, PLLC
1621 114th Avenue SE, Suite 228
Bellevue, WA 98004
(425) 576-8150 • FAX (206) 694-2587

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| 56 | Illustrative – Medial Branch Block 1 | Agreed | Disputed | FRE 403 | |
| 57 | Illustrative – Medial Branch Block 2 | Agreed | Disputed | FRE 403 | |
| 58 | Illustrative – Medial Branch Block 3 | Agreed | Disputed | FRE 403 | |
| 59 | Photo – Malyna – Close-up | Agreed | Disputed | FRE 403 | |
| 60 | Photo – Malyna – Close-up of MT | Agreed | Disputed | FRE 403 | |
| 61 | Photo Malyna in front of Henredon sign | Agreed | Disputed | FRE 403 | |
| 62 | Photo – Malyna – Hiking with 3 others | Agreed | Disputed | FRE 403 | |
| 63 | Photo Malyna hiking on trail | Agreed | Disputed | FRE 403 | |
| 64 | Photo Malyna on trail above lake | Agreed | Disputed | FRE 403 | |
| 65 | Photo Malyna – mechanical bull riding | Agreed | Disputed | FRE 403 | |
| 66 | Photo Malyna skiing at top of slope | Agreed | Disputed | FRE 403 | |
| 67 | Photo Malyna – in flowers | Agreed | Disputed | FRE 403 | |
| 68 | Photo Malyna with dolphin | Agreed | Disputed | FRE 403 | |
| 69 | Photo Malyna-Jim hiking at Multnomah Falls | Agreed | Disputed | FRE 403 | |
| 70 | Photo snowboarding at top of mountain | Agreed | Disputed | FRE 403 | |

QUICK | LAW GROUP, PLLC
1621 114th Avenue SE, Suite 228
Bellevue, WA 98004
(425) 576-8150 • FAX (206) 694-2587

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| 71 | Photo car racing | Agreed | Disputed | FRE 403 | |
| 72 | Photo Snowboarding | Agreed | Disputed | FRE 403 | |
| 73 | Photo on elephant in Cambodia | Agreed | Disputed | FRE 403 | |
| 74 | Photo Malyna in White Dress; Space Needle in view | Agreed | Disputed | FRE 403 | |
| 75 | Photo Malyna with boys in car | Agreed | Disputed | FRE 403 | |
| 76 | Photo Tiev family in front of christmas tree | Agreed | Disputed | FRE 403 | |
| 77 | Photo Kids with Aunt-Uncle | Agreed | Disputed | FRE 403 | |
| 78 | Photo Sister Channary Tiev with family in Cambodia | Agreed | Disputed | FRE 403 | |
| 79 | Photo sons on play scooter | Agreed | Disputed | FRE 403 | |
| 80 | Family photo (J, T, Kids and A-U) | Agreed | Disputed | FRE 403 | |
| 81 | Photo Malyna hiking Multnomah Falls | Agreed | Disputed | FRE 403 | |
| 82 | Photo Wedding in Cambodia 1 | Agreed | Disputed | FRE 403 | |
| 83 | Photo Wedding in Cambodia 2 | Agreed | Disputed | FRE 403 | |
| 84 | Photo Wedding in Cambodia 3 | Agreed | Disputed | FRE 403 | |
| 85 | Photo Wedding in Cambodia 4 | Agreed | Disputed | FRE 403 | |

QUICK | LAW GROUP, PLLC
1621 114th Avenue SE, Suite 228
Bellevue, WA 98004
(425) 576-8150 • FAX (206) 694-2587

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| 86 | Photo US Naturalization certificate | Agreed | Disputed | FRE 403 | |
| 87 | Photo Malyna at work with massager (family on screen) | Agreed | Disputed | FRE 403 | |
| 88 | Photo Boeing PT (1) | Agreed | Disputed | FRE 403 | |
| 89 | Photo Boeing PT (2) | Agreed | Disputed | FRE 403 | |
| 90 | Photo Boeing PT (3) | Agreed | Disputed | FRE 403 | |
| 91 | Photo using massage gun at work | Agreed | Disputed | FRE 403 | |
| 92 | Photo using neck unit in work chair | Agreed | Disputed | FRE 403 | |
| 93 | Photo spinal massage unit | Agreed | Disputed | FRE 403 | |
| 94 | Photo using massage unit - mid back at work | Agreed | Disputed | FRE 403 | |
| 95 | Photo using Theracane massager at work | Agreed | Disputed | FRE 403 | |
| 96 | Life Expectancy table (WPI) | Agreed | Disputed | FRE 403 | |
| 97 | The Standard PIP Payment log | Agreed | Disputed | FRE 403<br>FRE 402 | |
| 98 | Claims File excerpts (TSFIC_000001-63; 1099-1103; 1143) | Agreed | Disputed | FRE 403<br>FRE 402 | |
| 99 | Photo Aung-Uncle with Jake as Baby | Agreed | Agreed | | |
| 100 | 1/24/23 Ack Rep - Waive PIP | Agreed | Disputed | FRE 403 | |

QUICK | LAW GROUP, PLLC
1621 114th Avenue SE, Suite 228
Bellevue, WA 98004
(425) 576-8150 • FAX (206) 694-2587

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| 101 | 1/23/23 - Hamilton Letter - Tiev | Agreed | Disputed | FRE 403<br>FRE 802<br>FRE 602<br>FRE 402 | |
| 102 | 2/21/23 Mitsuyoshi - fully compensated email | Agreed | Disputed | FRE 408<br>FRE 802<br>FRE 602<br>FRE 402 | |
| 103 | 3/1/23 Refusal to Arb - Split Mediation | Agreed | Disputed | FRE 802<br>FRE 602<br>FRE 403 | |
| 104 | 3/2/23 Mediation payment - Beasley provided | Agreed | Disputed | FRE 802<br>FRE 602<br>FRE 403 | |
| 105 | 3/6/23 Agreement to pay for mediation | Agreed | Disputed | FRE 802<br>FRE 602<br>FRE 403 | |
| 106 | Chart Note 11/19/18 (Burdine) | Agreed | Disputed | FRE 802<br>FRE 602<br>FRE 403 | |
| 107 | Chart Note - 3/7/19 (Burdine) | Agreed | Disputed | FRE 802<br>FRE 702 | |
| 108 | Chart Note - 3/9/19 standing desk accommodation (Burdine) | Agreed | Disputed | FRE 802<br>FRE 702 | |
| 109 | Chart Note - 11/12/19 (Sieberson for Burdine) | Agreed | Disputed | FRE 802<br>FRE 702 | |
| 110 | Medical Cost Summary ($19,055.12) | Agreed | Disputed | FRE 802<br>FRE 403 | |
| 111 | EvergreenHealth Xrays of C-Spine dated 5.9.23 | | | FRE 802<br>FRE 702 | |

QUICK | LAW GROUP, PLLC
1621 114th Avenue SE, Suite 228
Bellevue, WA 98004
(425) 576-8150 • FAX (206) 694-2587

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| N/A | Demonstrative: Medial Branch Block Syringe | | | Because this exhibit is designated as demonstrative, and will presumably not be offered into evidence, no objection to this exhibit is necessary at this time. Defendant reserves the right to assert any objections to the content or use of said exhibit at the time of trial. | |
| N/A | Demonstrative: Trigger Point Injection Syringe | | | Because this exhibit is designated as demonstrative, and will presumably not be offered into evidence, no objection to this exhibit is necessary at this time. Defendant reserves the right to assert any | |

QUICK | LAW GROUP, PLLC
1621 114th Avenue SE, Suite 228
Bellevue, WA 98004
(425) 576-8150 • FAX (206) 694-2587

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| | | | | objections to the content or use of said exhibit at the time of trial. | |
| N/A | Demonstrative: Imaging | | | Because this exhibit is designated as demonstrative, and will presumably not be offered into evidence, no objection to this exhibit is necessary at this time. Defendant reserves the right to assert any objections to the content or use of said exhibit at the time of trial. | |

**(b) Defendant's Exhibits**

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| A-1 | Policy 995058083 203 1 | Admitted | Disputed | FRE 802 | |
| A-2 | Redacted Claim File | Admitted | Disputed | FRE 802<br>FRE 402<br>FRE 403 | |



QUICK | LAW GROUP, PLLC
1621 114th Avenue SE, Suite 228
Bellevue, WA 98004
(425) 576-8150 • FAX (206) 694-2587

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| | | | | Also disputed by Defendants (Exh. 97) | |
| A-3 | Photos of Tiev Vehicle | Admitted | Admitted so long as all vehicle photos and property damages cost records are also admitted; otherwise, disputed (Exh. 3-10) | | |
| A-4 | Clinical Notes from Dr. Ramona Burdine | Admitted | Disputed and already disputed by Defendants (Exh. 12-16) | ER 802<br>ER 702 | |
| A-5 | Clinical Notes from Dr. Nha Ke Ton | Admitted | Same as A-4 | Same as A-4 | |
| A-6 | Chart Notes from Chiropractor Jimmy Greer | Admitted | Disputed | Same as A-4; not what it is purported to be – is 4/12/18 Burdine chart note | |
| A-7 | Clinical Notes for Trigger Point Injections | Admitted | Disputed | Objected to by Def's already (Exh. 18); FRE 802, 702 | |
| A-8 | Clinical Notes from Medical Assistant Alix M. Koppisch | Admitted | Disputed | Incomplete record; disputed | |

QUICK | LAW GROUP, PLLC
1621 114th Avenue SE, Suite 228
Bellevue, WA 98004
(425) 576-8150 • FAX (206) 694-2587

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| | | | | already by Def's (Exh. 18); FRE 802, 702 | |
| A-9 | Discharge Evaluation from Chris Soterakopoulos, PT | Admitted | Disputed | Incomplete record, insurance and collateral information ; FRE 802, 702 | |
| A-10 | Chart Note from Dr. Ramona Burdine | Admitted | Disputed | Incomplete record; FRE 802, 702 | |
| A-11 | Underlying Complaint | Admitted | Disputed | Irrelevant; contains police report Def's have objected to (Exh. 1); FRE 402-403; FRE 802, 702 | |
| A-12 | Underlying Answer | Admitted | Disputed | FRE 402-403; FRE 802, 702; Irrelevant | |
| A-13 | Underlying Statement of Arbitrability | Admitted | Disputed | Irrelevant | |
| A-14 | Chart Notes from 2nd Trigger Point Injection | Admitted | Disputed | Already objected to by Def (Exh. 21); incomplete | |

QUICK | LAW GROUP, PLLC
1621 114th Avenue SE, Suite 228
Bellevue, WA 98004
(425) 576-8150 • FAX (206) 694-2587

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| | | | | record; FRE 802, 702 | |
| A-15 | Arbitration Award | Admitted | Disputed | Wholly irrelevant; FRE 402-403; SCCAR 7.2-7.3; MIL | |
| A-16 | Dr. Bays' IME Report | Admitted | Disputed | FRE 802, 804; Plaintiff's IME report objected to by Def's also (Exh.'s 23-26) | |
| NA | Illustrative – Claims Handling Timeline | Agreed | Disputed | FRE 403; because this exhibit is attorney-created and illustrative only, and will presumably not be offered into evidence, no objection is necessary at this time, but if offered, this exhibit will be objected to, and all other | |

QUICK | LAW GROUP, PLLC
1621 114th Avenue SE, Suite 228
Bellevue, WA   98004
(425) 576-8150 • FAX (206) 694-2587

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| | | | | objections are reserved, as Defendants have done with Plaintiff's demonstrative exhibits (N/A – following Exh.110) | |
| NA | Illustrative – Medical Treatment Timeline | Agreed | Disputed | Same as N/A above | |
| NA | Illustrative – Policy Language Powerpoint | | | | |

**ACTION BY THE COURT**

(a) This case is scheduled for a bench trial on October 21, 2024, at 9:00 AM.

(b) Trial briefs shall be filed by October 7, 2024, and a Pretrial Conference is scheduled for October 14, 2024.

This order has been approved by the parties as evidenced by the signatures of their counsel. This order shall control the subsequent course of the action unless modified by a subsequent order. This order shall not be amended except by order of the Court pursuant to agreement of the parties or to prevent manifest injustice.

DATED this 15th day of October, 2024.

HON. JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

///

QUICK | LAW GROUP, PLLC
1621 114th Avenue SE, Suite 228
Bellevue, WA 98004
(425) 576-8150 • FAX (206) 694-2587

FORM APPROVED

*s/ Bradford J. Fulton*
Bradford J. Fulton, WSBA #18036
Matthew D. Quick, WSBA #47455
QUICK | LAW GROUP, PLLC
1621 114th Avenue SE, Suite 228
Bellevue, WA 98004
Phone (425) 576-8150/Fax (206)694-2587
Brad@QuickLawGroupPLLC.com
Matt@QuickLawGroupPLLC.com
*Attorneys for Plaintiffs*

*s/ Ellen McGraw*
Eric J. Neal, WSBA #31863
Ellen McGraw, WSBA #60240
LETHER LAW GROUP
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: 206-467-5444 / F: 206-467-5544
eneal@letherlaw.com
emcgraw@letherlaw.com
*Attorneys for Defendant The Standard Fire Insurance Company*

CERTIFICATE OF SERVICE

I hereby certify that on the date below written, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system and caused to be served a true and correct copy of the same to the parties of record below:

Eric J. Neal, WSBA #31863
Ellen McGraw, WSBA #60240
LETHER LAW GROUP
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: 206-467-5444 / F: 206-467-5544
eneal@letherlaw.com; emcgraw@letherlaw.com
*Attorneys for The Standard Fire Insurance Company*

Dated this 30th day of September, 2024, at Bellevue, Washington.

*s/ Shannon Liberio*
Shannon Liberio, Paralegal
Quick | Law Group, PLLC
1621 114th Avenue SE, Suite 228
Bellevue, Washington 98004
Phone: (425) 576-8150

**QUICK | LAW GROUP, PLLC**
1621 114th Avenue SE, Suite 228
Bellevue, WA 98004
(425) 576-8150 • FAX (206) 694-2587