Honorable Jamal N. Whitehead

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MALYNA TIEV and JAMES NORRIS, individually and as wife and husband, and the marital community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>THE STANDARD FIRE INSURANCE COMPANY,<br><br>Defendants. | No. 2:23-cv-00950-JNW<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**<br><br>**NOTE ON MOTION CALENDAR: DECEMBER 2, 2024** |

## I.    STIPULATION

COMES NOW Plaintiffs Malyna Tiev and James Norris (Plaintiffs) and Defendant The Standard Fire Insurance Company (Standard Fire), by and through their attorneys of record, agree and stipulate to dismissal of this case with prejudice and without costs or further recovery.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

//

//

//

//

1 | DATED this 2nd day of December 2024.

| QUICK \| LAW GROUP, PLLC | LETHER LAW GROUP |
|---|---|
| */s/ Bradford J. Fulton* <br> Bradford J. Fulton, WSBA # 18036 <br> Matthew D. Quick, WSBA #47455 <br> 1621 114th Avenue SE, Suite 228 <br> Bellevue, WA 98004 <br> Phone (425) 576-8150/Fax (206) 694-2587 <br> Brad@QuickLawGroupPLLC.com <br> Matt@QuickLawGroupPLLC.com <br> *Attorneys for Plaintiffs* | */s/ Eric J. Neal* <br> Eric J. Neal, WSBA #31863 <br> */s/ Ellen McGraw* <br> Ellen McGraw, WSBA #60240 <br> 1848 Westlake Ave N., Suite 100 <br> Seattle, WA 98109 <br> P: 206-467-5444 / F: 206-467-5544 <br> eneal@letherlaw.com <br> emcgraw@letherlaw.com <br> *Counsel for The Standard Fire Insurance Company* |

II.    ~~PROPOSED~~ ORDER

Pursuant to the foregoing stipulation of Plaintiffs and Standard Fire, it is hereby ORDERED that this action is hereby dismissed with prejudice, and this dismissal is effectuated without an award of fees or costs to any party.

DATED December 3, 2024.

*/s/ Jamal W.*

U.S. District Judge
Hon. Jamal N. Whitehead

**Presented by:**

| QUICK | LAW GROUP, PLLC | LETHER LAW GROUP |
|---|---|

*/s/ Bradford J. Fulton*
Bradford J. Fulton, WSBA # 18036
Matthew D. Quick, WSBA #47455
1621 114th Avenue SE, Suite 228
Bellevue, WA 98004
Phone (425) 576-8150/Fax (206) 694-2587
Brad@QuickLawGroupPLLC.com
Matt@QuickLawGroupPLLC.com
*Attorneys for Plaintiffs*

*/s/ Eric J. Neal*
Eric J. Neal, WSBA #31863
*/s/ Ellen McGraw*
Ellen McGraw, WSBA #60240
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: 206-467-5444 / F: 206-467-5544
eneal@letherlaw.com
emcgraw@letherlaw.com
*Counsel for The Standard Fire Insurance Company*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the parties mentioned below as indicated:

> Bradford J. Fulton
> Matthew D. Quick
> Quick Law Group, PLLC
> 1621 114th Ave SE, Suite 228
> Bellevue, WA 98004
> Matt@QuickLawGroupPLLC.com
> brad@quicklawgrouppllc.com
> *Counsel for Plaintiffs Tiev and Norris*

**By:**       [ ] **Email**         [X] **Email/E-Service**         [ ] **Legal Messenger**

Dated this 2nd day of December 2024 at Seattle, Washington.

/s/Devon Sheehan
Devon Sheehan | Paralegal

[caption] – 4